**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 01-cr-00321-LTB-15

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KENYETTA RENE WHITTIKER,

    Defendant.

---

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO ORIGINAL EXPIRATION DATE**

---

    On November 7, 2006, the Court ordered that the probation officer prepare an order terminating the term of supervised release for the above-named defendant based on the defendant's medical condition. The United States does not object to the proposed relief.

Accordingly, it is:

    ORDERED that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

    DATED at Denver, Colorado, this __14th__ day of November, 2006.

    BY THE COURT:

    s/Lewis T. Babcock
    Lewis T. Babcock
    Chief United States District Judge